963 A.2d 900

Todd WILSON, Appellant

v.

COMMONWEALTH OF PENNSYLVANIA BOARD OF PRO-
BATION AND PAROLE, Department of Corrections
Commonwealth of Pennsylvania, Appellees.

No. 33 MAP 2008.

Supreme Court of Pennsylvania.

Dec. 16, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of December, 2008, the Motion to
Dismiss for Mootness is **GRANTED.**